# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| ROBERT T. DONNELLY, an individual, and ) | |
| KATHERINE M. DONNELLY, an individual, ) | |
| ) | No. 05 B 54490 |
| ) | Hon. Bruce W. Black (Joliet) |
| Debtors. ) | |

**ORDER GRANTING FIRST INTERIM AND FINAL APPLICATION OF SUGAR, FRIEDBERG & FELSENTHAL LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 27, 2006 THROUGH AUGUST 14, 2006 RELATING TO REPRESENTATION OF THE TRUSTEE**

THIS MATTER COMING TO BE HEARD on the First Interim and Final Application of Sugar, Friedberg & Felsenthal LLP ("SFF") for Compensation and Reimbursement of Expenses for January 27, 2006 through August 14, 2006 Relating to Representation of the Trustee (the "Application"); due notice having been given to all entitled thereto; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

(A) SFF is allowed to recover $6,713.00 in compensation for its services on behalf of the Trustee from January 27, 2006 through August 14, 2006, which are awarded to SFF as its final fees.

(B) SFF is allowed to recover $205.34 as reimbursement for its costs incurred on behalf of the Trustee from January 27, 2006 through August 14, 2006, which are awarded to SFF as its final expenses.

DATED:_____                    ENTER:


                                    _____
                                    Bankruptcy Judge

84775