### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 CASE** |
| | ) | |
| **Robert T. and Katherine M. Donnelly,** | ) | **CASE NO. 05-54490 BWB (Joliet)** |
| | ) | |
| | ) | **JUDGE  BRUCE W. BLACK** |
| **Debtors** | ) | |

### ORDER AUTHORIZING WAIVER OF FINAL REPORT, APPROVING NOTICE ISSUED, THE FINAL DISTRIBUTION AND DISCHARGE OF TRUSTEE UPON FILING OF FINAL ACCOUNT

This cause coming on to be heard upon the Motion of DEBORAH K. EBNER, Trustee herein to waive the requirement for the filing of a final report with the Court in accordance with 11 U.S.C. §704(9); approve the final distribution in this case, and the notice issued, and discharge trustee upon the filling of a final account, due notice having issued, this court having jurisdiction and there being no objection to the proposed motion, for the reasons outlined in the Motion, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The requirement of a Final Report is waived;

2. The final distribution outlined in the Trustee's Motion is approved;

2. Notice issued is approved;

3. Trustee is directed to file a final account upon negotiation of all checks issued at which time Trustee shall be discharged from service

**ENTERED**

ENTER:                              DEC 1 5 2006

_____
BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT
Hon. Bruce Black

Prepared by:

Deborah K. Ebner

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| Robert T. and Katherine M. Donnelly, | ) | CASE NO. 05-54490 BWB (Joliet) |
| | ) | |
| | ) | JUDGE  BRUCE W. BLACK |
| Debtors | ) | |

## ORDER AUTHORIZING WAIVER OF FINAL REPORT, APPROVING NOTICE ISSUED, THE FINAL DISTRIBUTION AND DISCHARGE OF TRUSTEE UPON FILING OF FINAL ACCOUNT

This cause coming on to be heard upon the Motion of DEBORAH K. EBNER, Trustee herein to waive the requirement for the filing of a final report with the Court in accordance with 11 U.S.C. §704(9); approve the final distribution in this case, and the notice issued, and discharge trustee upon the filing of a final account, due notice having issued, this court having jurisdiction and there being no objection to the proposed motion, for the reasons outlined in the Motion, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The requirement of a Final Report is waived;

2.    The final distribution outlined in the Trustee's Motion is approved;

2.    Notice issued is approved;

3.    Trustee is directed to file a final account upon negotiation of all checks issued at which time Trustee shall be discharged from service.

**ENTERED**

ENTER:        DEC 1 5 2006

~~BRUCE W. BLACK, BANKRUPTCY JUDGE~~
UNITED STATES BANKRUPTCY COURT
Hon. Bruce Black

Prepared by:

Deborah K. Ebner